# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GERALD POWELL,<br><br>*Defendant*. | Criminal Action No. 24-381 (LLA) |

## ORDER

On October 28, 2024, the court issued a scheduling order setting pretrial deadlines and a trial date of March 10, 2025 in this case. ECF No. 17. In early November, Mr. Powell requested that the court vacate all dates and hearings and set a status conference for February 2025. ECF No. 18. Mr. Powell argues that a continuance is warranted to conserve court and party resources because "there is a substantial likelihood" that he will receive "either a pardon or other move to resolve the case to [his] benefit from President-Elect Trump." ECF No. 18, at 2. The United States opposes his request. ECF No. 20.

Mr. Powell's motion is **DENIED**. As other judges in this district have explained, "[w]hatever the President-elect may or may not do with respect to some of those charged at the Capitol on January 6, 2021, is irrelevant to the Court's independent obligations and legal responsibilities under Article III of the Constitution." *United States v. Baez*, No. 21-CR-507, ECF No. 121, Order (D.D.C. Nov. 19, 2024); *see United States v. Lichnowski*, No. 23-CR-341, ECF No. 73, Order (D.D.C. Nov. 7, 2024) (explaining that "the potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial Branch"); *see also, e.g.*, *United States v.*

*Carnell*, No. 23-CR-139, Minute Order (D.D.C. Nov. 6, 2024); *United States v. Bosch*, No. 24-CR-210, Minute Order (D.D.C. Nov. 7, 2024); *United States v. Baker*, No. 24-CR-121, Minute Order (D.D.C. Nov. 11, 2024); *United States v. Allen*, No. 23-CR-261, Minute Order (D.D.C. Nov. 12, 2024); *United States v. Johnson*, No. 24-CR-141, Minute Order (D.D.C. Nov. 13, 2024); *United States v. Fuller*, No. 23-CR-209, ECF No. 101, Order (D.D.C. Nov. 21, 2024). Pretrial deadlines will proceed as scheduled and trial will commence on March 10, 2025. ECF No. 17.

**SO ORDERED.**

_____
LOREN L. ALIKHAN
United States District Judge

Date: December 20, 2024